Filed: 2/8/2018 10:32 PM
Lynne Finley
District Clerk
Collin County, Texas
By Christina Joseph Deputy
Envelope ID: 22408311

## CAUSE NO. <u>366-83445-2016</u>

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | 5th COURT OF APPEALS |
| | § | DALLAS, TEXAS |
| **vs.** | § | **366ᵗʰ JUDICIAL DISTRICT** 02/09/2018 11:19:56 AM |
| | § | LISA MATZ |
| **ESTABAN GARCIA** | § | **COLLIN COUNTY, TEXAS** Clerk |

## FIRST AMENDED NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ESTABAN GARCIA, Defendant in the above styled and numbered cause, and gives this written first amended notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against ESTABAN GARCIA.

Respectfully submitted,


Law Office of Marc J. Fratter
1207 West University Drive
Suite 101
McKinney, Texas 75069
Tel. (214) 471-3434
Fax (972) 424-4719
mfratter@yahoo.com

---

*First Amended Notice of Appeal*
*ESTABAN GARCIA*                                                    *Page 1 of 2*

By:/s/ Marc J. Fratter
Marc J. Fratter
State Bar No. 24029973
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on February 9, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Collin County, Texas, by hand delivery.

/s/ Marc J. Fratter
Marc J. Fratter